FILED

JAN 06 2005

ARLEN B. COYLE, CLERK
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WATSON AND MARY SIMMONS**  **PLAINTIFFS**

1:05CV2-M-D

VS.  CIVIL ACTION NO. ~~2004-0036-CVM~~

**FIRST CHEMICAL CORPORATION, ET AL.**  **DEFENDANTS**

## NOTICE OF REMOVAL

TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI, EASTERN DIVISION

Honorable Wanda H. Vowell
Post Office Box 34
Ackerman, Mississippi 39735

CHOCTAW COUNTY CIRCUIT CLERK

Louis H. Watson, Jr., P.A.
Attorney At Law
520 East Capitol Street
Jackson, MS 39201

ATTORNEY FOR PLAINTIFFS

**COME NOW** Removing Defendants, First Chemical Holdings Incorporated, ConocoPhillips, Coastal Refining & Marketing Incorporated and Union Carbide Corporation by and through their attorneys of record, Abbott, Simses, and Kuchler, APLC, and give notice that they remove this state court action entitled *Mary and Watson Simmons vs. First Chemical Corporation et al.,* from the Circuit Court of Choctaw County, Mississippi (Civil Action No.

2004-0036-CVM), to the United States District Court for the Northern District of Mississippi, Eastern Division and respectfully submits the following:

1. This action may be removed to the United States District Court for the Northern District of Mississippi pursuant to Title 28 U.S.C. § § 157, 1331, 1441, 1446, & 1452.

2. This action was commenced on or about September 31, 2004, by the filing of a Complaint in Civil Action No. 2004-0036-CVM in the Circuit Court of Choctaw County, Mississippi. A copy of all process, pleadings, and orders of record in this action are attached hereto as collective Exhibit "A", and are incorporated herein by reference.

3. On August 4, 2003, the named debtors, Watson and Mary Simmons, filed a petition seeking relief under Chapter 13 of the Bankruptcy Code. The petition was filed in the Bankruptcy Court for the Northern District of Mississippi, Eastern Division. A copy of such petition is attached hereto as "Exhibit "B".

4. The above named debtors is in possession of their respective property. Or on about August 11, 2003, an order was issued appointing the Honorable Terre M. Vardman as trustee of the bankruptcy estate and such trustee is qualified and is acting therein.

5. Defendants, were served with process on December 8, 2004. No Defendant was served with process in this matter more than 30-days from the date on which this case is being removed. Accordingly, this Notice of Removal is timely filed in accordance with the provisions of 28 U.S.C. § 1446.

6. This action is one of a civil nature, wherein the United States District Court for the Northern District of Mississippi, Eastern Division, has jurisdiction pursuant to 28 U.S.C. §§ 157, 1331, 1334, & 1452.

7. Pursuant to 28 U.S.C. § 1446(d), all adverse parties are being provided with written notice of this Notice of Removal, and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Choctaw County, Mississippi.

8. This action may be removed to this Court pursuant to 28 U.S.C. §§ 1334(b) & (e), as well as § 1452. Some of the underlying transactions which Plaintiffs allege took place, and the alleged causes of action, occurred and/or accrued before Plaintiffs filed their bankruptcy petition.

9. The claims asserted by Plaintiffs arise in, or are related to, a case under Title 11 of the United States Code. These claims constitute non-core proceedings pursuant to 28 U.S.C. § 157(c)(1); therefore, the Removing Defendants do not consent to the entry of a final order/judgment by the Bankruptcy Court in this cause of action.

10. Plaintiffs' Complaint does not comply with Mississippi Rules of Civil Procedure 8, 9, 10, and 11. Specifically, Plaintiffs' Complaint does not contain basic, fact-specific information known to Plaintiffs at the time of filing, which would demonstrate exposure to any specific benzene product manufactured and/ or supplied by the Defendants. *See* Mississippi Supreme Court Order rendered August 26, 2004, in *Harold's Auto Parts, Inc., et al v. Flower Mangialardi, et al*, No. 2004-IA-01308 SCT, attached hereto as Exhibit "C".

11. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any Defendant's right to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) the mandatory arbitrability of some or all of

the putative claims; (8) failure to join an indispensable party(ies); (9) waiver; or (10) any pertinent defense available under Miss. or Fed. R. Civ. P. 12, or any applicable federal or state statutes.

**WHEREFORE**, Removing Defendants file this Notice of Removal and remove this civil action from the Circuit Court of Choctaw County, Mississippi to the United States District Court for the Northern District of Mississippi, Eastern Division. All parties are being provided with written notice of removal, and a copy of this Notice of Removal is being filed with the Clerk of Choctaw County, Mississippi. Plaintiffs are hereby again notified to proceed no further in state court.

This the 6th day of January, 2005.

Respectfully submitted,

ABBOTT, SIMSES & KUCHLER, APLC

_____
DEBORAH D. KUCHLER (MSB #9432)
JOSEPH H. HART, IV (MSB # 100948)
RHEA HUDSON SHELDON (MSB # 100991)
PATRICK E. BEASLEY (MSB # 100383)
210 East Capitol Street, Suite 1090
Jackson, Mississippi 39201
Telephone: (601) 352-9393
Facsimile: (601) 352-9066

**Attorneys for the Defendants,
First Chemical Holdings, Incorporated, Union Carbide Corporation, Coastal Refining & Marketing Incorporated and ConocoPhillips**

7

OF COUNSEL
Andrew Schirrmeister, Esq.
Jim Ezer, Esq.
Schirrmeister Diaz-Arrastia Brem, L.L.P.
700 Milam, 10th floor
Houston, Texas 77002
(713) 221-2500
(713) 228-3510 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed by the United States postal service, postage prepaid a true and correct copy of the foregoing Notice of Removal to Plaintiffs' Counsel of Record and to all known Defense counsel of record via electronic mail to the following addresses:

### COUNSEL FOR THE PLAINTIFFS

Louis H. Watson, Jr., P.A.
Attorney At Law
520 East Capitol Street
Jackson, MS 39201
T: 601/968-0000
F: 601/968-0010

### COUNSEL FOR THE DEFENDANTS

**COUNSEL FOR:**
- AMERADA HESS CORPORATION, INDIVIDUALLY AND FORMERLY KNOWN AS AMERADA CORPORATION AND AMERADA PETROLEUM CORPORATION; ASHLAND, INC., INDIVIDUALLY AND FORMERLY KNOWN AS ASHLAND OIL REFINING COMPANY AND ASHLAND OIL, INC.;
- ASHLAND OIL, INC., INDIVIDUALLY AND FORMERLY KNOWN AS ASHLAND, INC.;
- CHEVRON CHEMICAL COMPANY; CHEVRON U.S.A. INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO GULF OIL CORPORATION AND WARREN PETROLEUM;
- CITCO PETROLEUM CORPORATION, INDIVIDUALLY AND FORMERLY KNOWN AS CITIES SERVICE RMT CORPORATION;
- CITCO REFINING AND CHEMICALS, INC., INDIVIDUALLY AND FORMERLY KNOWN AS CHAMPLIN REFINING AND CHEMICAL, INC. AND PROPERCHAMP, INC.;
- CHALMETTE REFINING, L.L.C.;
- CROWN CENTRAL PETROLEUM CORPORATION;
- EXXON CORPORATION;
- EXXONMOBILE CORPORATION, INDIVIDUALLY, F/K/A MOBILE OIL CORPORATION, F/K/A/ EXXON CORPORATION, A/K/A/ MOBIL CHEMICAL COMPANY, A DIVISION OF EXXOMOBIL OIL CORPORATION;
- HUNTSMAN CHEMICAL CORPORATION
- MOTIVA COMPANY;
- MOTIVA ENTERPRISES;
- OCCIDENTAL CHEMICAL CORPORATION;
- OCCIDENTAL PETROLEUM CORP.;

9

- OXYCHEM/OCCIDENTAL CHEMICAL CORPORATION;
- THE PURE OIL CORPORATION;
- SHELL OIL COMPANY, INDIVIDUALLY AND A SUCCESSOR-IN-INTEREST TO SHELL CHEMICAL CORPORATION;
  SUN COMPANY, INC.
  SUN OIL COMPANY, INC.
- SUNOCO, INC.;
- TEXACO CHEMICAL COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO JEFFERSON CHEMICAL COMPANY;
- TEXACO, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO -JEFFERSON CHEMICAL;
- TEXACO REFINING & MARKETING, INC.;
- UNION OIL COMPANY OF CALIFORNIA A/K/A UNOCAL.

Richard F. Yarborough, Jr., Esq.
Jennifer W. Yarborough, Esq.
Smith, Reeves & Yarborough, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211
Telephone: 601/965-7200
Richard Yarborough's Direct Line: (601) 965-7255
Facsimile: (601) 977-9299
Email: ryarborough@smithreeves.com
       jyarborough@smithreeves.com
       Julie Craft, Paralegal email: jcraft@smithreeves.com

**COUNSEL FOR BASF CORPORATION**
Christy Jones, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P. O. Box 22567
Jackson, MS 39225-2567
Telephone: 601/985-4523
Email: Christy.jones@butlersnow.com

**COUNSEL FOR:**
  BAYER CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MILES, INC., DENKA CHEMICAL, MOBAY CORPORATION AND MOBAY CHEMICAL COMPANY
Kathy Smith, Esq.
John Corlew, Esq.
Watkins & Eager
Watkins & Eager
P.O. Box 650
Jackson, MS 39205
Telephone: 601/948-6470
Facsimile: 601/354-3623

10

**COUNSEL FOR:**
- **AMERICAN OIL COMPANY, INDIVIDUALLY AND FORMERLY KNOWN AS AMOCO OIL COMPANY;**
- **AMOCO CHEMICAL COMPANY;**
- **AMOCO CORPORATION;**
- **BP AMOCO, INC.;**
- **ATLANTIC RICHFIELD COMPANY, INDIVIDUALLY AND A SUCCESSOR IN INTEREST TO SINCLAIR OIL CORPORATION;**
- **BP CHEMICALS, INC.**
- **BP CHEMICALS AMERICA, INC.**
- **LYONDELL-CITCO REFINING COMPANY, LTD;**
- **LYONDELL-CITCO REFINING LP;**

Jason D. Watkins, Esq.
Tom W. Tardy, Esq.
Phillip S. Sykes, Esq.
Tim Gray, Esq.
Forman, Perry, Watkins, Krutz & Tardy, LLP
One Jackson Place
188 East Capitol Street, Suite 200
Jackson, Mississippi 39201
601-960-8600
601-960-8613
Email:  WatkinsJD@fpwk.com
        ttardy@fpwk.com
        psykes@fpwk.com
        tgray@fpwk.com

**COUNSEL FOR:**
- **CONOCOPHILLIPS COMPANY;**
- **CONOCO, INC., INDIVIDUALLY, AKA CONOCO GAS AND MARKETING, A DIVISION OF CONOCO, INC., AND FKA DU PONT HOLDINGS, INC.**
- **PHILLIPS PETROLEUM COMPANY, INDIVIDUALLY AND AKA PHILLIPS OIL COMPANY, PHILLIPS CHEMICAL COMPANY**

Kenneth W. Barton, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P. O. Box 22567
Jackson, MS  39225-2567
Telephone:  601/985-4615
Email:  Ken.barton@butlersnow.com

11

Robert C. Galloway
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P. O. Drawer 4248
Gulfport, MS 39502
Telephone: 601/575-3019
Email: bob.galloway@butlersnow.com

**COUNSEL FOR:**
- **THE DOW CHEMICAL COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE DOW CHEMICAL COMPANY (DELAWARE)**

Ronald G. Peresich, Esq.
Page, Mannino, Peresich and McDermott, P.L.L.C.
759 Vieux Marche Mall
Post Office Drawer 289
Biloxi, MS 39533-0289
Telephone: (228) 374-2100
Facsimile: (601) 432-5539
Emails: ronald.peresich@pmp.org

**COUNSEL FOR:**
- **EQUISTAR CHEMICALS, LP**

José A. Berlanga, Esq.
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Telephone: 713/276-5500
Facsimile: 713/276-5555
Email: jberlanga@gardere.com

**COUNSEL FOR:**
- **FINA OIL AND CHEMICALS;**
- **FINA, INC.**
- **ATOFINA PETROCHEMICALS, INC.**
- **AMERICAN PETROFINA, INC.**
- **ATOFINA CHEMICALS, INC.**
- **TOTAL FINA ELF SERVICES, INC.**

12

Christopher O. Massenburg, Esq.
Aultman, Tyner & Ruffin, Ltd.
A Professional Law Corporation
315 Hemphill Street
P. O. Drawer 750
Hattiesburg, Mississippi 39403-0750
Telephone: (601) 583-2671
Facsimile: (601) 583-2677
Email: Cmassenburg@megagate.com

**COUNSEL FOR HONEYWELL INTERNATIONAL, INC.**
Michael T. Dawkins, Esq.
C. Lee Lott III, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz
4268 I-55 North
Jackson, MS 39211
(601) 351-2464 Telephone
(601) 592-2464 Facsimile
Emails: mdawkins@bakerdonelson.com
llott@bakerdonelson.com

**COUNSEL FOR ICI AMERICAS, INC.**
Barbara Arras, Esq.
Phelps Dunbar, L.L.P.
365 Canal Street
Canal Place
Suite 2000
New Orleans, Louisiana 70130
Telephone: 504/566-1311
Telecopier: 504/568-9130 or 9007
Email: arrasb@phelps.com

**COUNSEL FOR J. M. HUBER CORPORATION**
Walter W. Dukes, Esquire
Dukes, Dukes, Keating & Faneca, P.A.
Post Office Drawer W
Gulfport, MS 39502
Telephone: 228/868-1111, ext. 239
Facsimile: 228/863-2886
e-mail: walter@ddkf.com

13

Lori Lea Sawyer, RP
Paralegal to Walter W. Dukes
Telephone: 228/868-1111, ext. 226
e-mail: lori@ddkf.com

Gregg R. Brown, Esquire
Germer Gertz Beaman & Brown, L.L.P
14101 West Highway 290
Austin, Texas 78737-9330
Telephone: 512/894-4888
fax (512) 894-4166
gbrown@germer-austin.com

**COUNSEL FOR KERR-MCGEE CHEMICAL LLC**
Cheri D. Green, Esq.
Brian Kimball, Esq.
Brunini, Grantham, Grower & Hewes, PLLC
1400 Trustmark Bank Building
P. O. Drawer 119
Jackson, MS 39201
T: 601/948-3101
F: 601/960-6902
Email: cgreen@brunini.com
bkimball@brunini.com

**COUNSEL FOR:**
- **KOCH INDUSTRIES, INC.;**
- **FLINT HILLS RESOURCES, LP, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO KOCH CHEMICAL COMPANY, KOCH REFINING COMPANY, AND KOCH SPECIALTY CHEMICAL COMPANY**

Silas W. McCharen, Esq.
Daniel Coker Horton & Bell, P.A.
4400 Old Canton Road, Ste. 400
Jackson, MS 39211
Telephone: 601/969-7607
Facsimile: 601/969-1116
Email: SMcCharen@danielcoker.com

14

**COUNSEL FOR:**
- **MARATHON PETROLEUM COMPANY;**

Jeffrey P. Reynolds, Esq.
Benjamin Wise, Esq.
Jeffery P. Reynolds, P.A.
P. O. Box 24597
Jackson, Mississippi 39225
**Physical Address:**
121 North State Street, Suite 300
Jackson, Mississippi 39202
601-355-7773
601-362-6364
Email: ben@jprpa.com
jeff@jprpa.com

**COUNSEL FOR:**
- **MONSANTO COMPANY;**
- **PHARMACIA CORPORATION**

Scott W. Pedigo, Esq.
Jason Bush, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
4268 I-55 North (39211)
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39236
601-351-2400
601-592-7492
Emails: spedigo@bakerdonelson.com
jbush@bakerdonelson.com
Lisa Taylor - Paralegal: ltaylor@bakerdonelson.com

**COUNSEL FOR:**
- **NOVA CHEMICALS, INC.**

H. Philip Radecker, Jr.
Montgomery, Barnett, Brown, Read,
  Hammond & Mintz, L.L.P.
3200 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3200
Telephone: 504/585-3200
Facsimile: 504/585-7688
Email: hpradecker@monbar.com

15

James C. Simpson, Jr., Esq.
Matthew F. Jones, Esq.
Montgomery, Barnett, Brown, Read,
   Hammond & Mintz, L.L.P.
2310 19th Street
Gulfport, Mississippi 39501
Telephone: 228/863-6534
Facsimile: 228/863-9308
Emails: jsimpson@monbar.com
        mjones@monbar.com

**COUNSEL FOR ROHM AND HAAS COMPANY**
Michael Whitehead, Esq.
Page, Mannino, Peresich and McDermott, P.L.L.C.
759 Vieux Marche Mall
Post Office Drawer 289
Biloxi, MS 39533-0289
Telephone: (228) 374-2100
Facsimile: (601) 432-5539
Email: Michael.Whitehead@pmp.org

**COUNSEL FOR RUBICON**
Bill Howard, Esq.
Phelps Dunbar, L.L.P.
365 Canal Street
Canal Place
Suite 2000
New Orleans, Louisiana 70130
Telephone: 504/566-1311
Telecopier: 504/568-9130 or 9007
Email: howardb@phelps.com

**COUNSEL FOR:**
- **FIRST CHEMICAL CORPORATION**
Joseph H. Hart, IV, Esq.
400 Lafayette Street, Suite 200
New Orleans, Louisiana 70130
Telephone: (504) 568-9393
Facsimile: (504) 524-1933
jhart@abbott-simses.com

Andrew C. Schirrmeister, III, Esq.
Jim C. Ezer, Esq.
Schirrmeister Diaz-Arrastia
Pennzoil Place - South Tower
711 Louisiana, Suite 1750
Houston, Texas 77002
Telephone: (713) 228-3545
Facsimile: (713) 228-3510

**COUNSEL FOR:**
- **UNIVAR U.S.A., INC. INDIVIDUALLY AND FORMERLY KNOWN AS DSW, INC., VAN WATERS & ROGERS, INC. VOPAK, U.S.A., INC. AND WASHINGTON DSW, INC.**
- **VAN WATERS & ROGERS CORPORATION**
- **CHEMCENTRAL CORPORATION**

Mark Garriga, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P. O. Box 22567
Jackson, MS  39225-2567
Telephone:  601/985-4506
mark.garriga@butlersnow.com

**COUNSEL FOR:**
- **ARISTECH CHEMICAL CORPORATION (NOT SERVED YET)**
- **UNITED STATES STEEL CORP., INDIVIDUALLY FKA UNITED STATES STEEL LLC, AND FKA USX CORP.;**

Stephen Lee Thomas
Bradley, Arant, Rose & White
P. O. Box 1789
Jackson, MS  39215-1789
Telephone:  601/948-8000
Direct Line:  601/592-9912
Facsimile:  601/592-9952
Email:  sthomas@bradleyarant.com
**Physical Address:**
One Jackson Place
188 East Capitol Street
Suite 450
Jackson, MS  39201

**COUNSEL FOR:**
- **VALERO ENERGY CORPORATION, INDIVIDUALLY AND FORMERLY KNOWN AS SABER ENERGY, INC., AND VALERO REFINING AND MARKETING COMPANY AND AS SUCCESSOR IN INTEREST TO ULTRAMAR DIAMOND SHAMROCK F/K/A DIAMOND SHAMROCK CORPORATION**
- **DIAMOND SHAMROCK REFINING AND MARKETING COMPANY**

Barry C. Campbell, Esq.
Barry W. Ford, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
4268 I-55 North (39211)
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39236
601-351-2400
601-592-7492
Email: bccampbell@bakerdonelson.com
bford@bakerdonelson.com

**COUNSEL FOR VELSICOL CHEMICAL CORPORATION**
Robert L. Moore, Esq.
Heaton & Moore, PC
100 N. Main Street, Suite 3400
Memphis, TN 38103
901-526-5975
901-527-3633
Email: rmoore@heatonandmoore.com

This the 6th day of January 2004.

_____
PATRICK E. BEASLEY

18