**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**WATSON SIMMONS and MARY SIMMONS**                                           **PLAINTIFFS**

**V.**                                                                 **CASE NO. 1:05CV2**

**FIRST CHEMICAL CORPORATION et al**                                      **DEFENDANTS**

## **ORDER**

Pursuant to the memorandum opinion issued this day, it is hereby ORDERED that the plaintiffs' motion for remand [41-1] is GRANTED and this case is hereby remanded to the Choctaw County Circuit Court.

This is the 21st day of September, 2005.

                                                         **/s/ Michael P. Mills**
                                                         **UNITED STATES DISTRICT JUDGE**